IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL N. PAUL,

       Plaintiff,

v.                                               4:06cv258-WS

TONI BOWDEN, et al.,

       Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the Court is the Magistrate Judge's Report and Recommendation docketed November 21, 2006.  See Doc. 38.  The Magistrate Judge recommends that this action be transferred to the Middle District of Florida.  Plaintiff has notified (doc. 35) the Court that he has no objections to the recommended transfer.

The Court having reviewed the matter, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation (doc. 38) is adopted and incorporated by reference in this order of the Court.

2.  Defendant's Motion to Transfer Venue and Motion for Extension of Time to Respond to Amended Complaint (doc. 28) is GRANTED.

3.  Pursuant to 28 U.S.C. § 1404, the Clerk shall TRANSFER this action to the

United States District Court for the Middle District of Florida, Ocala Division, for all

further proceedings.

DONE AND ORDERED this ___18th___ day of __December__, 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE